**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Steven Hamman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN HAMMAN,<br><br>Defendant. | CASE NO.  1:13-cr-00220-AWI-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO NOVEMBER 25, 2013; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for October 15, 2013, **be continued to November 25, 2013, at 1:00 P.M.**  Defense counsel has ordered medical and psychological records, as well as other reports regarding the client's criminal history.  This continuance is necessary to allow time for delivery and review of these reports.

///
///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated: October 7, 2013    /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
STEVEN HAMMAN

BENJAMIN B. WAGNER
United States Attorney

Dated: October 7, 2013    /s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

ORDER

IT IS SO ORDERED that the 2nd Status Conference is continued from October 15, 2013 to November 25, 2013 at 1:00P.M. before Judge McAuliffe. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated: **October 9, 2013**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE