1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, Steven Hamman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00220-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 27, 2014; ORDER THEREON** |
| STEVEN HAMMAN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for November 25, 2013, **be continued to January 27, 2014, at 1:00 P.M.**  Defense counsel has ordered medical and psychological records, as well as other reports regarding the client's criminal history.  Counsel recently received several hundred pages of reports and is still awaiting delivery of additional reports.  This continuance is necessary to allow time for delivery of the remaining reports and to review this new discovery.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  November 20, 2013                    /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant,
                                             STEVEN HAMMAN

                                             BENJAMIN B. WAGNER
                                             United States Attorney

Dated:  November 20, 2013                    /s/ Christopher D. Baker
                                             CHRISTOPHER D. BAKER
                                             Assistant United States Attorney

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).  Second Status Conference in the above captioned matter set for November 25, 2013, is **continued to January 27, 2014, at 1:00 P.M.  before Judge McAuliffe.**

IT IS SO ORDERED.

   Dated:   **November 21, 2013**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE